United States District Court
Southern District of Texas
**ENTERED**
August 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MELINDA PEREZ CHARLES, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00120 |
| § | |
| ANDREW SAUL, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On August 2, 2022, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (M&R, D.E. 22), recommending that the Administrative Law Judge's determination be reversed and remanded. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 22), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, Plaintiff Charles's motion for summary judgment (D.E. 14) is **GRANTED**, Defendant Commissioner's construed motion for summary judgment (D.E. 18) is **DENIED**, and the Commissioner's denial of disability benefits is **REVERSED AND REMANDED** for further consideration.

ORDERED on August 18, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE